United States District Court
Eastern District of Louisiana

Henderson Ford                                  Civil Action

                                                18-5032
Vs                                          Case No
                                                SECT. BMAG. 5

Ace checked Cashier                          Section

Complaint

Jurisdiction
 Americans with Disabilities Act of 1990; 42-12187
And 42-12182

Supplemental Jurisdiction
 Louisiana Civil Rights for Persons with Disabilities
Act; R.S. 46:2253 and R.S. 46:2256(a)

Parties
 Plaintiff Henderson Ford

 Defendant Ace checked cashier

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## Complaint

(1) Plaintiff contends that on or about February 4, 2018, Plaintiff try to go in Ace checked cashier but was denied access to the business because the slope to the business is to steep for a person in a wheelchair.

(2) Plaintiff contend that he is handicapp because his right leg is cutoff (6) inches below his knee.

(3) On February 9, 2018 Plaintiff mailed to the Defendant a notice of action, explaining how the Defendant is violating Americans with Disabilities Act

(4) Plaintiff contends that the Defendant never a respond to the notice of action

(5) On April 11, 2018 Plaintiff mailed to the Defendant a second notice of action. Telling the Defendant if he do not get in touch with Plaintiff by April 27, 2018 a civil law suit will be filed against the Defendant.

(6) Plaintiff contend that the Defendant never a respond to the second notice of action

(7) Plaintiff contend that the defendant denied Plaintiff his enjoyment of life to go freely in and out of places of public accommodation

## Relief

(8) The defendant to pay all court cost

(9) Plaintiff request trial by jury.

(10) The defendant to pay Plaintiff twenty-five thousand dollars ($25,000.00) for denying him his enjoyment of life

(11) The defendant to pay Plaintiff twenty-five thousand dollars ($25,000.00) for violating his civil rights under Americans with Disabilities Act.

(12) The defendant to pay Plaintiff twenty-five thousand dollars ($25,000.00) for violating his civil rights under Louisiana civil rights for person with Disabilities Act.

(13) Plaintiff be awarded cost

Thus done on this date of May 17, 2018

Respectfully submitted

Henderson Ford

Henderson Ford
2416 N. Dorgenois St Apt C
New Orleans, LA 70119
(504) 900-5870